UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-20857-CIV-ALTONAGA

**CENTRAL MAGNETIC IMAGING OPEN**,
**MRI OF PLANTATION, LTD.**
(a/a/o Vedissonne Pericles),

    Plaintiff,

vs.

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY**,

    Defendant.
_____/

**CENTRAL MAGNETIC IMAGING OPEN**
**MRI OF PLANTATION, LTD.**,
(a/a/o Kathie Johnson),

    Plaintiff,

vs.

**STATE FARM FIRE AND CASUALTY**
**COMPANY**,

    Defendant.
_____/

**CENTRAL MAGNETIC IMAGING OPEN**
**MRI OF PLANTATION, LTD.**,
(a/a/o Karen Bonilla),

    Plaintiff,

vs.

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY**,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE having come before the Court on the Plaintiff's Notice of Voluntary Dismissal With Prejudice [ECF No. 76], of this action pursuant to Rule 41 (a)(2), Fed. Rule. Civ. P., based upon the parties' amicable resolution of this matter. Accordingly, it is:

CASE NO.: 11-20857-CIV-ALTONAGA

2

**ORDERED AND ADJUDGED** that this matter is dismissed with prejudice. The Court shall reserve jurisdiction over this matter to enforce the settlement of the parties. All pending motions are denied as moot.

**DONE AND ORDERED** in Miami, Florida, this 29th day of December, 2011.

*/s/ Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**